FILED

10/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0350

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0350

_____

IN RE THE MARRIAGE OF:

DAVINA ATTAR-WILLIAMS,

        Petitioner and Appellant,

  and

STEVEN THOMAS WILLIAMS,

        Respondent and Appellee.

_____

FILED

OCT 0 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On September 14, 2021, Appellant moved for extension of time to file her opening brief and to transfer all transcripts from DA 20-0460, _Marriage of Williams_. Appellant indicated that Appellee opposes this motion. However, Appellee has not filed a response and the time to do so has now run.

Therefore, upon consideration of Appellant's motion for extension of time and to transfer transcripts,

IT IS HEREBY ORDERED that Appellant's opening brief shall be filed on or before November 3, 2021. The Clerk is directed to transfer the transcript from DA 20-0460, _Marriage of Williams_, to the captioned matter.

DATED this 4th day of October, 2021.

For the Court,

_____
Chief Justice